No. 671, Misc.   KESSLER *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Theodore George Gilinsky* for the United States.

No. 770, Misc.   FORTE *v.* WALKER, WARDEN, ET AL. C. A. 5th Cir.   Certiorari denied.   Petitioner *pro se.* *Jack P. F. Gremillion,* Attorney General of Louisiana, and *Scallan E. Walsh,* Assistant Attorney General, for respondents.

No. 860, Misc.   GILES *v.* MAXWELL, WARDEN, ET AL. C. A. 6th Cir.   Certiorari denied.   Petitioner *pro se.* *William B. Saxbe,* Attorney General of Ohio, and *William C. Baird,* Assistant Attorney General, for respondents. Reported below: —— F. 2d ——.

No. 882, Misc.   WELLS *v.* UNITED STATES.   C. A. 10th Cir.   Certiorari denied.   Petitioner *pro se.*   *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 907, Misc.   STOKES *v.* OKLAHOMA.   Court of Criminal Appeals of Oklahoma.   Certiorari denied.   Reported below: —— P. 2d ——.

No. 912, Misc.   DUNN *v.* DUNBAR, CORRECTIONS DI-RECTOR, ET AL.   Supreme Court of California.   Certiorari denied.

No. 957, Misc.   WILLIAMS *v.* MARYLAND.   Court of Appeals of Maryland.   Certiorari denied.   *George L. Russell, Jr.* and *Robert B. Watts* for petitioner.